IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TOMMY MCCRAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-173-SLR |
| | ) |
| RAPHAEL WILLIAMS and FIRST STATE MEDICAL SYSTEM, | ) |
| | ) |
| Defendants. | ) |

## O R D E R

At Wilmington this 23d day of March, 2005, defendant First Correctional Medical System having filed a motion to dismiss on February 2, 2005 (D.I. 19);

IT IS ORDERED that briefing on this motion shall proceed in accordance with the following schedule:

1. Plaintiff shall file and serve an answering brief in response to defendant's motion on or before **April 22, 2005**.

2. Defendant may file and serve a reply brief on or before **May 6, 2005**.

_____
United States District Judge