LAW OFFICES

# MCCULLOUGH & MCKENTY, P.A.

| | | |
|---|---|---|
| BRUCE W. MCCULLOUGH (DE, PA) | 1225 KING STREET | PENNSYLVANIA OFFICE |
| DANIEL L. MCKENTY (DE) | SUITE 1100 | 123 S. Broad Street |
| GERALD J. HAGER (DE, PA) | P.O. BOX 397 | Suite 2035 |
| DANA M. SPRING (DE) | WILMINGTON, DE 19899-0397 | Philadelphia, PA 19109 |
| | | |
| PARALEGALS | TEL: (302) 655-6749 | WRITER'S DIRECT CONTACT |
| JUSTINA K. BAYLESS | FAX: (302) 655-6827 | Telephone Extension: 5 |
| EVERT J. CHRISTENSEN, JR. | | dspring@mccmck.com |
| JANE E. KLAFTER | | www.mccmck.com |
| CANDACE E. EGGLESTON | | |

May 10, 2005

The Honorable Sue L. Robinson
844 North King Street
Lock Box 31
Wilmington, DE 19801

     *Re:*    ***Tommy McCray v. Williams, et al.***
             ***C.A. No. 04-CV-173-SLR***

Dear Judge Robinson:

     Counsel for Defendant FCM filed a Motion to Dismiss accompanied by a brief on February 2, 2005. Pursuant to the scheduling order, Plaintiff's Answering Brief was due on April 22, 2005. As of May 10, 2005, plaintiff has not responded to Defendant's Motion to Dismiss.

     As plaintiff has failed to comply with the Court's scheduling timeline, Defendant FCM requests that this Court consider its Motion to Dismiss unopposed or, in the alternative, that this Court decide the matter based upon the motions and brief before it. Please do not hesitate to contact me with any questions or concerns.

                                          Respectfully yours,

                                          /s/ Dana M. Spring

                                          Dana M. Spring

cc:    Richard W. Hubbard, Esquire
        Tommy McCray SBI #164599