IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TOMMY MCCRAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 04-173-SLR |
| ) | |
| FIRST STATE MEDICAL SYSTEM, ) | |
| ) | |
| Defendant. ) | |

O R D E R

At Wilmington this 3d day of August, 2005, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that defendant's motion to dismiss (D.I. 19) is granted.

_____
United States District Judge